IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA J. BAER,

        Plaintiff,                      CIV S-09-3083 GGH

    vs.

MICHAEL J. ASTRUE,              ORDER
Commissioner of Social Security,

        Defendants.

_____/

        Plaintiff, proceeding pro se and in forma pauperis, has requested that this action

be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: May 17, 2010

                        /s/ Gregory G. Hollows

                        _____

                        UNITED STATES MAGISTRATE JUDGE

1